IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02381-PAB-KLM

SALVADOR MAGLUTA,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
AMBER NELSON, Acting Regional Director of the North Central Region,
CHARLES DANIELS, Warden at USP Florence,
MONICA S. WETZEL, Former Warden at FDC Miami,
LOUIS MILUSNIC, Assistant Warden at USP Florence,
JOHNSON (FNU), Assistant Warden at USP Florence,
G.T. KAPUSTA, Former Assistant Warden at FDC Miami,
BANUELOS (FNU), Lieutenant at USP Florence,
T. JAVERNICK, Case Manager Coordinator (CMC) at Florence Federal Complex,
ANDY FENLON, Counselor at ADX Florence,
MASSEY (FNU), Officer at USP Florence,
DUVAL (FNU), Officer at USP Florence,
STEGAL (FNU), Officer at USP Florence,
DEFENDANTS JOHN DOES 1-9, to be identified later,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Motion to Stay Case [Docket No. 103] filed by plaintiff and defendants. The parties request a sixty day stay in order to allow the Bureau of Prisons and the Federal Bureau of Investigation to complete an investigation regarding contraband found in plaintiff's cell. The parties also ask that the Court vacate the hearing on the motion for a preliminary injunction set for Monday, April 15, 2013 and the Scheduling Conference set for Wednesday, April 24, 2013. In light of the ongoing investigation and good cause appearing, it is

    **ORDERED** that the Joint Motion to Stay Case for 60 Days and to Vacate the April 15th Hearing and the April 24th Scheduling Conference [Docket No. 103] is **GRANTED**. It is further

**ORDERED** that the hearing on the Motion for Preliminary Injunction and Temporary Restraining Order [Docket No. 101] set for April 15, 2013 and the Scheduling Conference set for April 24, 2013 are **VACATED**.  It is further

**ORDERED** that this case shall be stayed until June 10, 2013.  It is further

**ORDERED** that the parties shall contact the magistrate judge to reschedule the Scheduling Conference.

DATED April 10, 2013.