**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 11-cv-02381-RM-KLM

SALVADOR MAGLUTA,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
AMBER NELSON, Acting Regional Director of the North Central Region,
CHARLES DANIELS, Warden at USP Florence,
MONICA S. WETZEL, Former Warden at FDC Miami,
LOUIS MILUSNIC, Assistant Warden at USP Florence,
JOHNSON (FNU), Assistant Warden at USP Florence,
G.T. KAPUSTA, Former Assistant Warden at FDC Miami,
BANUELOS (FNU), Lieutenant at USP Florence,
T. JAVERNICK, Case Manager Coordinator (CMC) at Florence Federal Complex,
ANDY FENLON, Counselor at ADX Florence,
MASSEY (FNU), Officer at USP Florence,
DUVAL (FNU), Officer at USP Florence,
STEGAL (FNU), Officer at USP Florence, and
JOHN DOES 1-9 TO BE IDENTIFIED LATER,

    Defendants.

---

**ORDER**
**CONVERTING AUGUST 7, 2013 HEARING TO STATUS CONFERENCE**
**(ECF NO. 118)**

---

This matter comes before the Court on Defendants' Expedited Motion to Vacate the August 7th Hearing ("Motion") (ECF No. 122). Upon consideration of the Motion and other papers filed before this Court, it is

2

**ORDERED** that the August 7, 2013 hearing is hereby **converted** to a status conference. The status conference will be held at the same date, time, and place as previously set for the hearing: **Wednesday, August 7, 2013,** commencing at **9:00 a.m.** before Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado.

DATED this 31st day of July, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge